UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRISON, | No. 2:24-cv-1413 DC CSK P |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| BIRTWELL, et al., | |
| Defendants. | |

By order filed August 5, 2024, plaintiff's complaint was dismissed, and thirty days leave to file an amended complaint was granted. (ECF No. 8.) On October 28, 2024, plaintiff filed a motion to stay, which was denied on November 7, 2024. (ECF Nos. 12, 13.) Instead, plaintiff was granted an additional sixty days to file an amended complaint. (ECF No. 13.) Sixty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the Court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 16, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/harr1413.fta.ext